UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 03-00608 DT |
| Plaintiff, ) | [Petition filed on 08-15-08] |
| v. ) | |
| ALLEN RAY SMITH, ) | |
| Defendants. ) | |

The Court having considered the Petition to Vacate Order of Restitution, hereby DENIES said Petition.

IT IS SO ORDERED.

Dated: August 21, 2008

_____
DEAN D. PREGERSON
Acting Chief Judge